IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Judge Pallmeyer |
| | ) | |
| v. | ) | Case Number 07 C 7109 |
| | ) | |
| AJ WRIGHT, A DIVISION OF THE TJX COMPANIES, INC. | ) ) | |
| | ) | Jury Trial Demanded |
| Defendant. | ) | |

## REPORT OF THE PARTIES PLANNING MEETING

Plaintiff, Native American Arts, Inc., by and through its attorneys, Michael Patrick Mullen and Scott M. Kolosso of the law firm of Mullen & Foster, and in agreement with Defendant AJ Wright, by and through its attorney Matthew S. Miller of the law firm of Much Shelist Denenberg Ament & Rubenstein, present the following Report of the Parties Planning Meeting.

**1.   Meeting:** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on February 5, 2008 and the following attorneys participated in said meeting:

Plaintiff:

Michael Patrick Mullen
Scott M. Kolosso

Defendant:

Matthew S. Miller

**2.   Pre-trial Schedule:** The parties jointly propose to the court the following discovery plan:

a. Discovery will be needed on the following subjects: Plaintiff intends to pursue discovery regarding all aspects of the manufacture, offer, advertising, marketing, display and sale of the Indian products alleged to be in violation of the Indian Arts and Crafts Act (the "Act"), 25 U.S.C. § 305e. Defendant intends to pursue discovery on all aspects of Plaintiff's claimed damages, on all aspects of plaintiff's business as related to this litigation and on plaintiff's prior and ongoing litigation concerning the Act.

b. Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be made by <u>March 10, 2008</u>. All fact discovery to be commence in time to be completed by <u>August 1, 2008</u>.

c. The parties expect they will need approximately the following number of depositions:

  Plaintiff: 5-7 (excluding disclosed experts)

  Defendant: 4 (excluding disclosed experts)

d. Reports from retained experts under Rule 26(a)(2) due:

  Plaintiff: <u>September 1, 2008</u>

  Defendant: <u>November 1, 2008</u>

e. Parties should be allowed until <u>June 2, 2008</u> to join additional parties and to amend the pleadings.

f. All potentially dispositive motions should be filed by <u>December 15, 2008</u>.

g. Final pretrial order: Plaintiff to prepare proposed draft by <u>February 2, 2009</u>; parties to file joint final pretrial order by <u>March 2, 2009</u>.

h. The case should by ready for trial by <u>April 1, 2009</u> and is expected at this time to take approximately <u>four to six days</u>.

3. **Settlement:** The parties have complied with the Court's requirements regarding settlement.

4. **Consent:** Parties do not consent unanimously to proceed before a Magistrate Judge.

        Respectfully submitted,

        /s/ Scott M. Kolosso
        One of the attorneys for Plaintiff

Michael P. Mullen
Scott M. Kolosso
MULLEN & FOSTER
203 N. Wabash Ave., Suite 2300
Chicago, Illinois 60601
312-750-1600