**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **NATIVE AMERICAN ARTS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No.  07CV7109** |
| | ) | |
| **A.J. WRIGHT, a Division of THE TJX** | ) | |
| **COMPANIES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF MOTION**

To:    Michael P. Mullen
       Scott M. Kolosso
       MULLEN & FOSTER
       203 N. Wabash Ave., Suite 2300
       Chicago, IL  60601

        **PLEASE TAKE NOTICE** that on Tuesday, February 26, 2008 at 8:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Rebecca R. Pallmeyer or any judge sitting in her stead, in courtroom 2119 in the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present **Defendant's Motion to Dismiss** and **Memorandum in Support of Motion to Dismiss**, copies of which are attached hereto and hereby served upon you.

                                **AJ WRIGHT, a Division of THE TJX
                                COMPANIES, INC.**


                        By:    /s/ Matthew S. Miller
                                  One of its Attorneys


Matthew S. Miller (#6237701)
Cassandra M. Crane (#6288406)
**MUCH SHELIST DENENBERG
  AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606-1615
(312) 521-2000

## CERTIFICATE OF SERVICE

I, Matthew S. Miller, an attorney, certify that on February 19, 2008, I electronically filed **Defendant's Motion to Dismiss** and **Memorandum in Support of Motion to Dismiss** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

Michael P. Mullen
Scott M. Kolosso
MULLEN & FOSTER
203 N. Wabash Ave., Suite 2300
Chicago, IL  60601

/s/ Matthew S. Miller