# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7109 | **DATE** | 2/21/2008 |
| **CASE TITLE** | Native American Arts, Inc. vs. AJ Wright | | |

**DOCKET ENTRY TEXT**

Status hearing held on 2/21/2008. Response to Defendant's motion to dismiss [13] to be filed by or on 3/20/2008; reply 4/3/2008; ruling 4/21/2008 at 9:00. Presentation date of 2/26/08 is stricken. Rule 26(a)(1) disclosures to be made by 3/10/2008. Parties allowed until 6/2/2008 to join additional parties and to amend the pleadings. Reports from retained experts under Rule 26(a)(2) due from Plaintiff 9/1/2008; from Defendant 11/3/2008. Fact discovery to be completed by 8/1/2008. Dispositive motions due 12/15/2008. Plaintiff to prepare proposed PTO draft by 2/2/2009; Joint Final Pretrial Order due 3/2/2009. Status hearing set for 4/21/2008 at 9:00.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|