# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7109 | **DATE** | 4/18/2008 |
| **CASE TITLE** | Native American Arts, Inc vs. A.J. Wright | | |

**DOCKET ENTRY TEXT**

By agreement, response to motion to dismiss [13] extended to 5/16/2008; reply extended to 5/30/2008. Status hearing and ruling set for 5/21/2008 is stricken and reset to 6/12/2008 at 9:00.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|