IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Judge Pallmeyer |
| | ) | |
| v. | ) | Case Number 07 C 7109 |
| | ) | |
| AJ WRIGHT, A DIVISION OF THE TJX COMPANIES, INC. | ) ) | |
| | ) | Jury Trial Demanded |
| Defendant. | ) | |

## NOTICE OF FILING

To:   Matthew S. Miller
      Much Shelist
      191 N. Wacker Dr., Suite 1800
      Chicago, IL  60606-1615


   PLEASE TAKE NOTICE, that on May 16, 2008, Plaintiff filed its **Response to Defendant's Motion to Dismiss** with the Clerk of the Court for the United States District Court For the Northern District of Illinois, a copy of which is attached hereto and served upon you.

                                    /s/ Michael P. Mullen
                              One of the attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

   I, Michael P. Mullen, an attorney, certify that on May 16, 2008, I electronically filed Plaintiff's **Response to Defendant's Motion to Dismiss** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel listed above.

                                    /s/ Michael P. Mullen

Michael P. Mullen
Scott M. Kolosso
Mullen & Foster
203 N. Wabash Ave., Suite 2300
Chicago, IL  60601