# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7109 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Native American Arts, Inc vs. A. J. Wright | | |

**DOCKET ENTRY TEXT**

Ruling held. Defendant's motion to dismiss [13] denied without prejudice. Plaintiff's expert reports due 11/3/2008; Defendant's expert reports due 12/8/2008. Fact discovery close date extended to 10/1/2008. Dispositive motions, if any, 1/30/2009. Status hearing held on 6/12/2008. Status hearing set for 8/18/2008 at 9:00.

Notices mailed by Judicial staff.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|