**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 07CV7109

Native American Arts, Inc., Plaintiff

v.

A.J. Wright, a Division of The TJX Companies, Inc., Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendant, A.J. Wright, a Division of The TJX Companies, Inc.

| |
|---|
| NAME (Type or print) <br> Jonathan D. Sherman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jonathan D. Sherman |
| FIRM <br> Much Shelist Denenberg Ament & Rubenstein, P.C. |
| STREET ADDRESS <br> 191 North Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606-1615 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6185114 | TELEPHONE NUMBER <br> (312) 521-2000 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br><br> RETAINED COUNSEL            APPOINTED COUNSEL |