IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **NATIVE AMERICAN ARTS, INC.,** | ) | Case No. 07-cv-7109 |
| | ) | Judge Rebecca Pallmeyer |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **AJ WRIGHT, A DIVISION OF THE TJX COMPANIES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO WITHDRAW APPEARANCE
## OF ANDREA E. FORSYTH AS COUNSEL

I, Andrea E. Forsyth of Much Shelist Denenberg Ament & Rubenstein, P.C., hereby move to withdraw my appearance as counsel for the Defendant, A.J. Wright. Other attorneys from Much Shelist Denenberg Ament & Rubenstein, P.C. will continue to represent the defendant, A.J. Wright in this action.

Accordingly, I respectfully ask the Court to grant this motion and withdraw appearance.

**MUCH SHELIST DENENBERG
AMENT & RUBENSTEIN, P.C.**

By: /s/ Andrea E. Forsyth

Andrea E. Forsyth
**Much Shelist Denenberg Ament & Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone:  312-521-2000
Facsimile:   312-521-2100