IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **NATIVE AMERICAN ARTS, INC.,** | ) | Case No. 07-cv-7109 |
| | ) | **Judge Rebecca Pallmeyer** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **AJ WRIGHT, A DIVISION OF THE TJX COMPANIES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This cause coming on to be heard on Much Shelist Denenberg Ament & Rubenstein, P.C.'s Motion to Withdraw Appearance of Andrea E. Forsyth, as counsel for Defendant AJ Wright, due notice having been given, and the Court being fully advised in the premises.

It is hereby ordered that the motion is granted.

DATED:                                   ENTERED:

_____
Judge

Andrea E. Forsyth
**Much Shelist Denenberg Ament & Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone:  312-521-2000
Facsimile:   312-521-2100