IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **NATIVE AMERICAN ARTS, INC.,** | ) | Case No. 07-cv-7109 |
| | ) | Judge Rebecca Pallmeyer |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **AJ WRIGHT, A DIVISION OF THE** | ) | |
| **TJX COMPANIES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

TO:   Michael P. Mullen
Scott M. Kolosso
Mullen & Foster
203 N. Wabash Avenue, Suite 2300
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on **Thursday**, **July 24, 2008,** at the hour of **8:45 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Rebecca R. Pallmeyer** in **Courtroom 2119** of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her stead and shall then and there present the **Motion to Withdraw Appearance of Andrea E. Forsyth, as Counsel,** which is hereby served upon you, and shall move the Court for entry of an Order in accordance therewith.

**AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SO SEE FIT.**

MUCH SHELIST DENENBERG
AMENT & RUBENSTEIN, P.C.

By: **/s/ Andrea E. Forsyth**
One of Its Attorneys

Andrea E. Forsyth
**Much Shelist Denenberg Ament & Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone:  312-521-2000
Facsimile:   312-521-2100

## CERTIFICATE OF SERVICE

Andrea E. Forsyth, an attorney, certifies that she caused a copy of the attached **Motion to Withdraw Appearance,** to be served on those individuals listed below via First Class U.S. Mail in properly addressed envelopes with the postage prepaid from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois on this 18th day of July, 2008.

>Michael P. Mullen
>Scott M. Kolosso
>Mullen & Foster
>203 N. Wabash Avenue, Suite 2300
>Chicago, IL 60601


>**/s/ Andrea E. Forsyth**