## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7109 | **DATE** | 7/21/2008 |
| **CASE TITLE** | Native American Arts, Inc vs. A. J. Wright | | |

**DOCKET ENTRY TEXT**

Motion to withdraw appearance of Andrea E. Forsyth as counsel [25] granted. Andrea E. Forsyth granted leave to withdraw as counsel for Defendant. Other attorneys from Much Shelist Denenberg Ament & Rubenstein, P.C. will continue to represent the defendant in this action.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|