IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07CV7109 |
| | ) | |
| A.J. WRIGHT, a Division of THE TJX COMPANIES, INC., | ) ) | Judge Pallmeyer |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   Michael P. Mullen
   Scott M. Kolosso
   MULLEN & FOSTER
   203 N. Wabash Ave., Suite 2300
   Chicago, IL  60601

   **PLEASE TAKE NOTICE** that on Tuesday, August 19, 2008 at 8:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Rebecca R. Pallmeyer or any judge sitting in her stead, in courtroom 2119 in the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present **Defendant's Motion for a Protective Order**, a copy of which is attached hereto and hereby served upon you.

                              A.J. WRIGHT, a Division of THE TJX
                              COMPANIES, INC.


                           By:   /s/ Cassandra M. Crane
                                 One of its Attorneys


Matthew S. Miller (#6237701)
Jonathan D. Sherman (#6185114)
Cassandra M. Crane (#6288406)
**MUCH SHELIST DENENBERG
  AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606-1615
(312) 521-2000

## **CERTIFICATE OF SERVICE**

I, Cassandra M. Crane, an attorney, certify that on August 13, 2008, I electronically filed **Defendant's Motion for a Protective Order** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

>Michael P. Mullen
>Scott M. Kolosso
>MULLEN & FOSTER
>203 N. Wabash Ave., Suite 2300
>Chicago, IL  60601

/s/ Cassandra M. Crane