# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7109 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Native American Arts, Inc vs. A. J. Wright | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/19/2008.  Defendant's motion for a protective order [29] denied.  Status hearing set for 9/11/2008 at 9:00.

Notices mailed by Judicial staff.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|