## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7109 | **DATE** | 9/11/2008 |
| **CASE TITLE** | Native American Arts, Inc vs. A. J. Wright | | |

**DOCKET ENTRY TEXT**

Status hearing held on 9/11/2008. Defendant is directed to provide all requested documents within 7 days together with a sworn statement that production is complete, signed by from an officer or manager of A. J. Wright. The production will include documents relating to the 14 additional products identified by Plaintiff. Plaintiff's oral request for 90-day extension of discovery close date is denied. Discovery close date is extended to 10/31/2008. No later than 9/22/2008, parties to notify the court by letter of their agreed schedule for completion of all depositions. Status hearing set for 10/30/2008 at 9:00.

Notices mailed by Judicial staff.

00:18

| | Courtroom Deputy Initials: | ETV |
|---|---|---|